UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ALEXANDRIA FERNANDES,                                    Civ.

                    Plaintiff,                        **NOTICE OF REMOVAL**

- against -

GARY A. HERJO, BEL-FRIES, INC. and 'JOHN DOE"
Said name being fictitious and unknown at this time

                    Defendants.
-----------------------------------------------------------------------X

## REMOVAL PETITION

To the Honorable Judges of the United States District Court for the Southern District of New York, the defendant GARY A. HERJO, by his attorneys, Connors & Connors, P.C., state the following upon information and belief:

1. That GARY A. HERJO, is a defendant in the above-entitled action.

2. That BEL-FRIES, INC. was a named defendant in the above-entitled action against which plaintiff has discontinued.

3. That on October 21, 2022, this action was commenced against GARY A. HERJO and BEL-FRIES, INC. in the Supreme Court of the State of New York, New York County, and is now pending.

4. The action is captioned:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------------X
ALEXANDRIA FERNANDES,                          Index No. 159047/2022

                    Plaintiff,

- against -

GARY A. HERJO, BEL-FRIES, INC. and 'JOHN DOE"
Said name being fictitious and unknown at this time

                    Defendants.
-----------------------------------------------------------------------X

5. Plaintiff alleges to have sustained injuries as a result of a motor vehicle accident which occurred on June 10, 2020.

6. A copy of the Summons and Complaint is annexed hereto as **Exhibit A.**

7. A copy of the Verified Answer filed by GARY A. HERJO is annexed hereto as **Exhibit B.**

8. On February 28, 2023, plaintiff discontinued the action as to defendant BEL-FRIES, INC. A copy of the Stipulation of Discontinuance is annexed hereto as **Exhibit C.**

9. On March 20, 2023, the undersigned asked plaintiff's counsel, Eric Malinowski, to advise in writing whether plaintiff's claimed damages are in excess of $75,000.

10. In a response later that same day, Mr. Malinowski stated that plaintiff "underwent a cervical discectomy as a result of the accident and therefore we are claiming damages in excess of $75,000." A copy of this email correspondence is annexed hereto as **Exhibit D.**

11. No further proceedings have been had in the Supreme Court of the State of New York, New York County.

12. That defendant is now filing this Notice of Removal within 30 days of plaintiff responding in writing that the plaintiff's claim allegedly has a value in excess of $75,000.00.

13. It is respectfully submitted that diversity of citizenship exists amongst the remaining parties to this action.

14. At the time the Complaint was filed, plaintiff ALEXANDRIA FERNANDES was a resident of the State of New York (see Exhibit A, paragraph 1).

15. At the time the Complaint was filed, defendant GARY A. HERJO was a resident of the State of New Jersey (see Exhibit B, paragraph 2).

16. This is an action for damages for personal injury resulting from the alleged negligence of the defendant.

17. This Honorable Court has original jurisdiction over this action pursuant to 28

U.S.C. §1332 and the action may therefore be removed to this Honorable Court pursuant to 28 U.S.C. §1441.

WHEREFORE, defendant GARY A. HERJO pray that the above-entitled action now pending against them in the Supreme Court of the State of New York, County of New York, be removed to this Honorable Court.

Dated: Staten Island, New York
April 13, 2023

_____
JOHN P. CONNORS, JR.
CONNORS & CONNORS, P.C.
Attorneys for Defendant
GARY A. HERJO
766 Castleton Avenue
Staten Island, NY 10310
718-442-1700
File No. DNJ27893

TO:   CAMACHO MAURO, LLP
      Attorneys for Plaintiff
      40 Wall Street, 41st Floor
      New York, New York 10005
      (212) 947-4999
      Your File No.: PLTY-5020-EM

      Bel-Fries, Inc.
      132 Ludlow Street
      New York, NY 10002
      PLAINTIFF DISCONTINUED ON 2/28/2023

      Bel-Fries, Inc.
      C/O The Corporation
      1400 Broadway, Suite 201
      New York, NY 10018
      PLAINTIFF DISCONTINUED ON 2/28/2023

      "John Doe"
      Said name being fictitious and unknown at this time

## CERTIFICATE OF SERVICE

    I, JOHN P. CONNORS, JR., hereby certify that a copy of the foregoing NOTICE OF REMOVAL, was mailed by first class mail, postage prepaid, this 13th day of April, 2023, to all counsel of record as indicated below.

                                                                   JOHN P. CONNORS, JR. (6514)

TO:    CAMACHO MAURO, LLP
          Attorneys for Plaintiff
          40 Wall Street, 41st Floor
          New York, New York 10005
          (212) 947-4999
          Your File No.: PLTY-5020-EM

          Bel-Fries, Inc.
          132 Ludlow Street
          New York, NY 10002

          Bel-Fries, Inc.
          C/O The Corporation
          1400 Broadway, Suite 201
          New York, NY 10018

          "John Doe"
          Said name being fictitious and unknown at this time

Index No.           Hon.
UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

ALEXANDRIA FERNANDES,

                                      Plaintiff(s),

   - against -

GARY A. HERJO, BEL-FRIES, INC. and "JOHN DOE"
Said name being fictitious and unknown at this time
                                     Defendant(s).

## NOTICE OF REMOVAL

**CONNORS & CONNORS, P.C**
*Attorneys for* Defendant GARY A. HERJO
*Office and Post Office Address, Telephone*
766 Castleton Avenue
Staten Island, New York 10310
(718) 442-1700 PHONE
(718) 273-5196 FAX

Signature (Rule 130-1.1-a)

_____
JOHN P. CONNORS, JR.(6514)

Service of a copy of the within                                   is hereby admitted,
Dated,

                                                                   _____
                                                                   Attorney(s) for

Please take notice

    NOTICE OF ENTRY
that the within is a (certified) true copy of a duly entered in the office of the clerk of the within named court on

    NOTICE OF SETTLEMENT
that an order of which the within is a true copy will be presented for settlement to the HON.
one of the judges of the within named court, at
on                                  at

Dated:                                   Yours, etc.,

                                        CONNORS & CONNORS, P.C.
                                        *Attorneys for*
To                                 *Office and Post Office Address*
                                        766 CASTLETON AVENUE
                                        STATEN ISLAND, NY 10310