USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
    ALEXANDRIA FERNANDES,

                                Plaintiff,

            -against-

    GARY A HERJO, *et al.*,

                              Defendant.
------------------------------------------------------------- X

1:23-cv-3078-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      This action was removed from the Supreme Court of the State of New York, County of New York, on April 13, 2023. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than April 27, 2023. Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case. Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

      Further, the Court observes that Defendant Bel-Fries, Inc. was dismissed from this case in state court on February 28, 2023. Dkt. No. 1 Ex. 3. The Clerk of Court is directed to remove Defendant Bel-Fries, Inc. from the caption of this case.

      SO ORDERED.

Dated: April 20, 2023
       New York, New York

                                                                       _____
                                                                       GREGORY H. WOODS
                                                                     United States District Judge