UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDRIA FERNANDES,

          Plaintiff,

-v-

GARY A. HERJO and JOHN DOE,

          Defendants.

CIVIL ACTION NO.: 23 Civ. 3078 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On May 2, 2023, the Court scheduled an initial case management conference for June 5, 2023, and directed the parties to file a Report of Rule 26(f) Meeting and Proposed Case Management Plan ("PCMP") by May 29, 2023.  (ECF No. 12).  The parties failed, however, to file the PCMP by the Court-ordered deadline or to request an extension of time to do so.  As a one-time courtesy, the Court _sua sponte_ extends this deadline, and directs the parties to file the PCMP by **June 1, 2023**.   A template is available at https://www.nysd.uscourts.gov/hon-sarah-l-cave.  To the extent the parties disagree about any portion of the PCMP, they may set forth their respective proposals for the disputed provision, _without argument_.

Dated:      New York, New York
              May 31, 2023

SO ORDERED.

_/s/ Sarah L. Cave_
SARAH L. CAVE
United States Magistrate Judge