UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDRIA FERNANDES,

           Plaintiff,

-v-

GARY A. HERJO and JOHN DOE,

           Defendants.

CIVIL ACTION NO.: 23 Civ. 3078 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On review of the parties' proposed case management plan (ECF No. 15) ("PCMP"), the Court finds that an initial case management conference ("ICMC") is unnecessary. Accordingly, the ICMC scheduled for June 5, 2023 is CANCELLED. The Court will enter the PCMP by separate order.

A status conference is scheduled for **Wednesday, August 2, 2023 at 11:00 a.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to terminate the ICMC scheduled for June 5, 2023.

Dated:      New York, New York
               June 2, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge