UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDRIA FERNANDES,

           Plaintiff,

-v-

GARY A. HERJO and JOHN DOE,

           Defendants.

CIVIL ACTION NO.: 23 Civ. 3078 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The telephone status conference scheduled for August 2, 2023 is CANCELLED.

By **August 4, 2023**, the parties shall file a joint letter reporting on the status of discovery.

Dated:    New York, New York
           August 1, 2023

SO ORDERED.

_[signature]_
**SARAH L. CAVE**
**United States Magistrate Judge**