```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ALEXANDRIA FERNANDES,

                               Plaintiff,      1:23-cv-03078-GHW

                 -v -                              ORDER

GARY A HERJO, *et al.*,

                               Defendant.
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      On August 4, 2023 the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than August 18, 2023.  Dkt. No. 25.  Neither document has been submitted.  Accordingly, the parties are directed to comply with the Court's August 4, 2023 order forthwith, and in no event later than August 30, 2023.

      SO ORDERED.

Dated:  August 22, 2023  
New York, New York

                                                            GREGORY H. WOODS  
                                                            United States District Judge