UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDRIA FERNANDES,

                Plaintiff,

-v-

GARY A. HERJO and JOHN DOE,

                Defendants.

CIVIL ACTION NO.: 23 Civ. 3078 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request (ECF No. 32) for a 60-day extension of all discovery deadlines is GRANTED, and the Court orders as follows:

1. The discovery scheduled is EXTENDED as follows:

    a. All fact discovery, including depositions and the independent medical examination(s) of Plaintiff, shall be completed by **December 18, 2023**.

    b. By **December 27, 2023**, the parties shall file a joint letter certifying the completion of fact discovery.

    c. Expert discovery shall be completed by **January 19, 2024**.

    d. By **January 26, 2024**, the parties shall file a joint letter certifying the completion of expert discovery and advising whether they request a referral to another Magistrate Judge for a settlement conference.

2. A telephone status conference is scheduled for **Thursday, December 14, 2023 at 2:00 pm** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated: New York, New York
October 10, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**