UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDRIA FERNANDES,

                Plaintiff,

-v-                                  CIVIL ACTION NO.: 23 Civ. 3078 (SLC)

GARY A. HERJO,                        **ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Defendant's request (ECF No. 36) for a further 60-day extension of all discovery deadlines is GRANTED, and the Court orders as follows:

1. The discovery scheduled is EXTENDED as follows:

    a. Fact discovery, including depositions and the independent medical examination(s) of Plaintiff, shall be completed by **February 16, 2024**.

    b. By **February 23, 2024**, the parties shall file a joint letter certifying the completion of fact discovery.

    c. Expert discovery shall be completed by **March 19, 2024**.

    d. By **March 26, 2024**, the parties shall file a joint letter certifying the completion of expert discovery and advising whether they request a referral to another Magistrate Judge for a settlement conference.

2. The Court is unlikely to grant further extensions of the discovery schedule absent extraordinary circumstances.

3. The telephone status conference scheduled for December 14, 2023 is ADJOURNED to **Wednesday, February 7, 2024 at 11:00 am** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to close ECF No. 36.

Dated:      New York, New York
            December 13, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**
