UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
ALEXANDRIA FERNANDES

                                                          Plaintiff,

        -against-

GARY A. HERJO, BEL-FRIES, INC. and "JOHN DOE,"
Said name being fictitious and unknown at this time

                                                          Defendant.
---------------------------------------------------------------------X

1:23-cv-03078-GHW-SLC

***STIPULATION OF DISCONTINUANCE***

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of this action, the above entitled action and all other claims now or potentially existing by and between the parties be, including all cross-claims and the same hereby is discontinued with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

IT IS FURTHER STIPULATED AND AGREED that a facsimile or PDF copy of this Stipulation shall be accepted and regarded with the same force and effect as the original.

Dated: September 5, 2024
New York, NY

*(signature)*
CONNORS & CONNORS, P.C.
Robert J. Pfuhler
Attorney for GARY A. HERJO
766 Castleton Avenue
Staten Island, NY 10310
(718) 442-1700
Your File No.: DNJ 27893

*eric malinowski*
CAMACHO MAURO, LLP
Eric Malinowski
Attorneys for Plaintiff
40 Wall Street – 41st Floor
New York, NY 10005
(212) 947-4999
Our File No.: PLTY-5020-E