UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
ALEXANDRIA FERNANDES

                                                                                  1:23-cv-03078-GHW-SLC

                                        Plaintiff,              ***STIPULATION OF***
      -against-                                                 ***DISCONTINUANCE***

GARY A. HERJO, BEL-FRIES, INC. and "JOHN DOE,"
Said name being fictitious and unknown at this time

                                        Defendant.
---------------------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of this action, the above entitled action and all other claims now or potentially existing by and between the parties be, including all cross-claims and the same hereby is discontinued with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

      IT IS FURTHER STIPULATED AND AGREED that a facsimile or PDF copy of this Stipulation shall be accepted and regarded with the same force and effect as the original.

Dated: September 5, 2024
       New York, NY

_____                      _eric malinowski_____
CONNORS & CONNORS, P.C.                           CAMACHO MAURO, LLP
Robert J. Pfuhler                                                   Eric Malinowski
Attorney for GARY A. HERJO                            Attorneys for Plaintiff
766 Castleton Avenue                                           40 Wall Street – 41st Floor
Staten Island, NY 10310                                    New York, NY 10005
(718) 442-1700                                                       (212) 947-4999
Your File No.: DNJ 27893                                Our File No.: PLTY-5020-E

After review of the stipulation of discontinuance (ECF No. 54), which comports with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is ORDERED that the case is **DISMISSED with prejudice** on the terms agreed to by the parties.

The Clerk of Court is respectfully directed to close the case.

SO ORDERED.    September 12, 2024

_/s/ Sarah L. Cave_
SARAH L. CAVE
United States Magistrate Judge